**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| ABIGAIL FREDERICK, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00063 (WLS) |
| | : | |
| MATTHEW B. PHILLIPS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is a Joint Notice of Settlement (Doc. 20), filed by the Parties on June 18, 2026. Therein, the Parties notify the Court that a settlement has been reached between Plaintiffs and Defendant Matthew Phillips and that the above-captioned action will be dismissed once the settlement is finalized.

For good cause, the Parties' Joint Notice (Doc. 20) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within thirty (30) days** of the entry of this Order, or **by no later than Wednesday, July 22, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, the trial in this matter, as well as the pretrial conference scheduled for June 30, 2026, are **CANCELLED**.

**SO ORDERED**, this 22nd day of June 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**