**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| ABIGAIL FREDERICK, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:25-CV-00063 (WLS) |
| | : | |
| MATTHEW B. PHILLIPS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Previously, the Court entered an Order (Doc. 21) acknowledging the Parties' Joint Notice of Settlement (Doc. 20), which was filed on June 18, 2026. In doing so, the Court ordered the Parties to file a stipulation or other documentation of dismissal of all claims by no later than July 22, 2026, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. To date, the Parties have neither filed the appropriate dismissal documents nor a motion requesting additional time to do so.

As such, the Parties are again **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within seven (7) days** of the entry of this Order, or **by no later than Friday, August 14, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed. If the Parties fail to comply with the Court's directive by that deadline, the case will be noticed for the Court's Valdosta Division, November 2026 trial term.

**SO ORDERED**, this 7th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**