**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

ABIGAIL FREDERICK, *et al.*,

Plaintiffs,

v.

MATTHEW B. PHILLIPS,

Defendant.

CASE NO.: 7:25-CV-00063-WLS

## ORDER

Before the Court is Plaintiff's counsel and defense counsel's joint response to the Court's Order to Show Cause. (Doc. 24.)

The Parties filed their Joint Notice of Settlement on June 18, 2026. (Doc. 20.) On June 22, 2026, the Court acknowledged the notice of settlement and ordered the Parties to file a stipulation or other documentation of dismissal of all claims by no later than July 22, 2026. (Doc. 21.) The deadline passed without either party filing the appropriate documents. On August 7, 2026, the Court again ordered the parties to file a stipulation or other documentation of dismissal and set a new deadline for August 14, 2026. (Doc. 22.) Because the parties again failed to file the appropriate documents by the deadline, the Court noticed this case for trial and ordered each counsel to show cause in writing why they should not be sanctioned for failing to comply with the Court's previous Orders. (Doc. 23.)

On August 28, 2026, Plaintiffs' counsel and defense counsel filed a stipulation of dismissal, (Doc. 24), and a joint response to the Court's Order to Show Cause, (Doc. 25). Counsel explain that Plaintiff's counsel left Morgan & Morgan, PA, on July 10, 2026, and began working at a new firm, Kenneth S. Nugent, PC, on July 13, 2026. (*Id.* at 1.) Plaintiffs' counsel "coordinated with his supervisors at Morgan & Morgan for an orderly transition of his cases to new attorneys, but there was a miscommunication regarding this case, specifically who would be in charge of filing the dismissal." (*Id.*) Plaintiffs' counsel and defense counsel

accept full responsibility for the miscommunication and request that the Court decline to impose sanctions. (*Id.* at 2.)

The Court **ACCEPTS** counsel's response and finds sanctions inappropriate and unnecessary, without need for further review or order.

**SO ORDERED**, this 2nd day of September 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**