**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

ABIGAIL FREDERICK, *et al.*, :
:
Plaintiffs, :
:
v. : CASE NO.: 7:25-CV-00063-WLS
:
MATTHEW B. PHILLIPS, :
:
Defendant. :

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, the Parties, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this case with prejudice.

Respectfully submitted, this 28th day of August, 2026.

/s/ James C. Berrigan
James C. Berrigan
Georgia Bar No.: 156890
KENNETH S. NUGENT, PC
4227 Pleasant Hill Road
Building 11
Duluth, Georgia 30096
(770) 495-6710
jberrigan@callken.com
*Attorney for Plaintiffs*

/s/ Marc H. Bardack (with permission)
Marc H. Bardack
Georgia Bar No.: 037126
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339
(770) 818-0000
mbardack@fmglaw.com
*Attorney for Defendant*

**SO ORDERED this** 1st **day
of** September, 2026

W. Louis Sands
**W. Louis Sands, SR. Judge
United States District Court**