IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ABIGAIL FREDERICK, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 7:25-cv-63 (WLS) |
| | * | |
| MATTHEW B. PHILLIPS, | | |
| | * | |
| Defendant. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 1, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 2nd day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk